JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **LATONDREA DENISE SANDERS,** | **No. LA CV 16-03808-VBF**<br>LA CR 07-01130-VBF-2 |
| Petitioner, | **FINAL JUDGMENT** |
| v. |  |
| UNITED STATES OF AMERICA, |  |
| Respondent. |  |

Pursuant to this Court's Order Denying the 28 U.S.C. Section 2255 Habeas Corpus Motion, **final judgment is hereby entered in favor of respondent and against petitioner Latondrea Denise Sanders.**

Dated: Friday, September 29, 2017

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
Senior UNITED STATES DISTRICT JUDGE